IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BENJAMIN MCDONALD,

    PETITIONER,

v.                               CASE NO. 5:11cv34-MW-CJK

MICHEL D. CREWS,

    RESPONDENT.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 22, filed May 7, 2013. The Court has also reviewed *de novo* Plaintiff's Objections to the Report and Recommendation, ECF No. 25, filed June 13, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion.

SO ORDERED on June 17, 2013.

                                              s/Mark E. Walker        
                                              United States District Judge